FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2022 JUN -1  AM 10: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.  22cr10129 |
| | ) |
| v. | ) Violations: |
| | ) |
| LISA HEINO, | ) Count Ones and Two: Theft of Government |
| | ) Money |
| | ) (18 U.S.C. § 641) |
| Defendant | ) |
| | ) Forfeiture Allegation: |
| | ) (18 U.S.C. § 981(a)(1)(C) and |
| | ) 28 U.S.C. § 2461) |
| | ) |

INFORMATION

COUNT ONE
Theft of Government Money
(18 U.S.C. § 641)

The United States Attorney charges:

From on or about June 1, 2017, until on or about August 1, 2018, in the District of

Massachusetts, the defendant,

LISA HEINO,

did, on a recurring basis, knowingly and willfully embezzle, steal, purloin, and convert to

defendant's use and the use of another, any money and thing of value of the United States and of

any department and agency thereof, namely, the United States Department of Veterans Affairs, a

department within the executive branch of the U.S. Government, in a total amount greater than

$1,000, namely, Veteran Affairs funds, having a value of approximately $44,191.99.

All in violation of Title 18, United States Code, Section 641.

## COUNT TWO
Theft of Government Money
(18 U.S.C. § 641)

The United States Attorney further charges:

From on or about January 2017, until on or about January 2019, in the District of

Massachusetts, the defendant,

## LISA HEINO,

did, on a recurring basis, knowingly and willfully embezzle, steal, purloin, and convert to

defendant's use and the use of another, any money and thing of value of the United States and of

any department and agency thereof, namely, the United States Office of Personnel Management,

a department within the executive branch of the U.S. Government, in a total amount greater than

$1,000, namely, United States Office of Personnel Management funds, having a value of

approximately $29,853.79.

All in violation of Title 18, United States Code, Section 641.

FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1.      Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 641, set forth in Counts One and Two, the defendant,

LISA HEINO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following:

    a.  $74,045.78, to be entered in the form of a forfeiture money judgment.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:    SUZANNE SULLIVAN JACOBUS
       Assistant United States Attorney

Dated:    5/27/2022